Dean A. Hanley, Esq.   (State Bar No. 169507)
Stephen J. Healy, Esq.   (State Bar No. 133192)
Deborah R. Rosenthal, Esq. (State Bar No. 184241)
PAUL AND HANLEY LLP
1608 Fourth Street, Suite 300
Berkeley, California 94710
Telephone:  (510) 559-9980
Facsimile:   (510) 559-9970
Email:  shealy@paulandhanley.com
Email:  drosenthal@paulandhanley.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RUSSELL C. ROBERTS, JR.,<br><br>　　Plaintiff,<br><br>vs.<br><br>A.W. CHESTERTON COMPANY, *et al*,<br><br>　　Defendants. | Case No.: 08-cv-01338 JL<br><br>**[PROPOSED] ORDER SHORTENING TIME FOR BRIEFING AND HEARING OF PLAINTIFF'S MOTION TO REMAND**<br><br>Current Hearing Date:  April 16, 2008<br>**Proposed Hearing Date: March 19, 2008**<br>Time:　　　　　　　　9:30 a.m.<br>Courtroom:　　　　　　F, 15th Floor<br>Chief Magistrate Judge: Hon. James Larson<br><br>**Filed simultaneously in:**<br><br>Courtroom:　　　　　　2, 17th floor<br>**General Duty Judge:   Hon. Jeffrey S. White** |

　　Pursuant to Local Rules 6-2 and 6-3 of this Court, plaintiff RUSSELL C. ROBERTS JR. and removing defendant CRANE CO. stipulated to an expedited briefing and hearing schedule, and plaintiff moved this Court for an order shortening time for briefing and hearing, if the Court deems a hearing necessary, on Plaintiff's Motion to Remand.

　　Based on the papers filed herein, and for good cause shown, including the fact that trial was underway in state court when CRANE CO. removed and the Superior Court Judge recessed the trial until Monday, March 17, 2008, in order to protect the time-qualified jury therein,

1  IT IS HEREBY ORDERED that plaintiff's request to have his Motion to Remand heard on shortened time is GRANTED. The Court-mandated briefing schedule is as follows:

    a.    Defendant's Opposition, if any, must be filed and served by hand or electronically no later than 4:00 p.m. on Thursday, March 13, 2008.

    b.    Plaintiff waives his Reply.

    c.    The hearing on Plaintiffs' Motion for Remand, if any, will take place on Wednesday, March 19, 2008, at _____ a.m./p.m. in Courtroom F on the 15th Floor of the U.S. District Court for the Northern District of California.

IT IS FURTHER ORDERED that transfer of this action to the federal Asbestos Multi-District Litigation docket shall be STAYED pending the Court's ruling on Plaintiff's Motion to Remand.

IT IS SO ORDERED.

Dated: _____

                                      _____
                                      HONORABLE JAMES LARSON
                                      Chief Magistrate Judge, U.S. District Court