Dean A. Hanley, Esq. (State Bar No. 169507)
Stephen J. Healy, Esq. (State Bar No. 133192)
Deborah R. Rosenthal, Esq. (State Bar No. 184241)
PAUL & HANLEY LLP
1608 Fourth Street, Suite 300
Berkeley, California 94710
Telephone:  (510) 559-9980
Facsimile:   (510) 559-9970
Email: shealy@paulandhanley.com
Email:  drosenthal@paulandhanley.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RUSSELL C. ROBERTS, JR., <br><br> Plaintiff, <br><br> vs. <br><br> A.W. CHESTERTON COMPANY, *et al*, <br><br> Defendants. | Case No.: 08-cv-01338 JL <br><br> **CERTIFICATE OF SERVICE** <br><br> [FRCivP 4(d)] <br><br> Current Hearing Date:   April 16, 2008 <br> **Proposed Hearing Date: March 14, 2008** <br> Time:                              9:30 a.m. <br> Courtroom:                   F, 15th Floor <br> Chief Magistrate Judge: Hon. James Larson <br><br> **Filed simultaneously in:** <br><br> Courtroom:             2, 17th floor <br> **General Duty Judge:   Hon. Jeffrey S. White** |

**PROOF OF SERVICE**
S:\Clients\Plaintiffs\R\Roberts, Russell 12241\Motions\POS CRANE remand motion.doc

## CERTIFICATE OF SERVICE - FRCivP 4(d)

I am employed in the County of Alameda, State of California, I am over the age of 18 years and not a party to the within action. My business address is 1608 Fourth Street, Suite 300, Berkeley, CA 94710. On March 12, 2008, I served the foregoing:

**SUPPLEMENTAL MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF PLAINTIFF'S MOTION TO REMAND IN RESPONSE TO CRANE CO.'S AMENDED NOTICE OF REMOVAL**

**[PROPOSED] ORDER SHORTENING TIME FOR BRIEFING AND HEARING OF PLAINTIFF'S MOTION TO REMAND**

and a copy of this declaration to the interested parties herein as follows:

[ ]   By personal delivery of a true copy thereof to:

[ ]   By transmittal from a facsimile machine whose telephone number is (510) 559 9970:

[ ]   By placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid in the US mail at Berkeley, California, addressed as set forth by the attached Service List. I am readily familiar with the firm's practice of collection and processing of correspondence for mailing. Under that practice, it would be deposited with the US Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in this Declaration:

[X]   By submitting an electronic version to ECF for service upon:

**CRANE CO.**
KIRKPATRICK & LOCKHART
PRESTON GATES ELLIS LLP
55 Second Street, Suite 1700
San Francisco, CA 94105

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed in Berkeley, California.

DATE: March 12, 2008

*Anne Scott* (signature)
Anne Scott
Legal Secretary to Deborah R. Rosenthal

<u>Russell C. Roberts, JR., v. A.W. Chesterton Company, et al.</u>
Northern District of California Case No. 08-cv-01338

---

**PROOF OF SERVICE**
S:\Clients\Plaintiffs\R\Roberts, Russell 12241\Motions\POS CRANE remand motion.doc