**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

RUSSELL C. ROBERTS, JR.,

Plaintiff,

vs.

A. W. CHESTERTON COMPANY, et al.

Defendants.

Case No.: C 08-01338 JL

**CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE**

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party hereby voluntarily consents to have a Unites States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

Dated: March 11, 2008

LAW OFFICES OF LUCINDA L. STORM, ESQ.

[signature]

Lucinda L. Storm, Esq.
Kenneth D. Hollenbeck, Esq.
Attorneys for Defendant,
DURABLA MANUFACTURING COMPANY

STATE OF CALIFORNIA, COUNTY OF SAN FRANCISCO

I am employed in the County of San Francisco, State of California by a member of the Bar of this Court at whose direction this service was made. I am over the age of 18 and not a party to the within action. My business address is 610A Third Street, San Francisco, California 94107. On March 11, 2008, I served the document(s) described as:

**CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE**

on the party(ies) to this action named on the attached service list by the method described below.

__**X**__: (BY ELECTRONIC MEANS) – I transmitted a true and correct copy of said document(s) by electronic mail to the offices of the addressee(s). I did not receive, within a reasonable time after the transmission, any message or indication that the transmission was unsuccessful.

__**X**__: (BY U.S. MAIL) – I enclosed a true and correct copy of said document(s) in an envelope addresses to the addressee(s) listed above and place it for collection and mailing following the ordinary business practices of the Law Offices of Lucinda L. Storm, Esq. I am readily familiar with the firm's practice of collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the U.S. Postal Service with postage fully prepaid at San Francisco, California.

Executed on March 11, 2008, at San Francisco, California.

I declare under penalty of perjury that the foregoing is true and correct.

Joshua Lorber

SERVICE LIST

Stephen J. Healy, Esq.
Deborah R. Rosenthal, Esq.
PAUL AND HANLEY LLP
1608 Fourth Street, Suite 300
Berkeley, CA 94710
Tel: (510) 559-9980
Fax: (510) 559-9970
shealey@paulandhanley.com
drosenthal@paulandhanley.com
*Counsel for Plaintiff Russell Roberts, Jr.*

Geoffrey M. Davis
K&L GATES
55 Second St. Suite 1700
San Francisco, CA 94105
Tel: (415) 249-1003
Fax: (415) 882-8220
Geoff.Davis@Klgates.com
*Counsel for Defendant Crane Co.*