Dean A. Hanley, Esq. (State Bar No. 169507)
Stephen J. Healy, Esq. (State Bar No. 133192)
Deborah R. Rosenthal, Esq. (State Bar No. 184241)
PAUL AND HANLEY LLP
1608 Fourth Street, Suite 300
Berkeley, California 94710
Telephone: (510) 559-9980
Facsimile: (510) 559-9970
Email: shealy@paulandhanley.com
Email: drosenthal@paulandhanley.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RUSSELL C. ROBERTS, JR., <br><br> Plaintiff, <br><br> vs. <br><br> A.W. CHESTERTON COMPANY, *et al*, <br><br> Defendants. | Case No.: 08-cv-01338 JL <br><br> **DECLARATION OF DEBORAH R. ROSENTHAL REGARDING CHANGE IN DURATION OF JURY RECESS** <br><br> [28 USC § 1447; F.R.C.P. 7(b); ND CA Local Rules 1-5 & 6-3] <br><br> Hearing Date:  March 19, 2008 <br> Time:  9:30 a.m. <br> Courtroom:  F, 15th Floor <br> Chief Magistrate Judge: Hon. James Larson |

1   I, Deborah R. Rosenthal, declare as follows:

2   1.   I am an attorney admitted to practice law before this Court and all the courts of the State of California and am an associate of Paul and Hanley LLP, attorneys of record for plaintiff herein. The matters stated herein are true to my own personal knowledge, except as otherwise stated. If called upon as a witness, I could and would testify to the following facts.

2.   On March 10, 2008, when I filed Plaintiff's Motion to Remand, Motion for Order Shortening Time, and related documents, Judge Tang had recessed the jury in the state court action until March 17, 2008. See Transcript of Proceedings, attached as Exhibit 4 to the Healy Declaration in support of Plaintiff's Motion for Order Shortening Time and also attached as Exhibit 16 to the Amended Declaration of Geoffrey Davis in Support of Notice of Removal, at 1606:4-12.

3.   I am informed and believe that on March 11, 2008, Judge Tang conferred with the trial attorneys involved in the state court action regarding the jury recess and notified the trial attorneys that her clerk already had started making calls to the jurors and was changing the target date for the jury's return to Tuesday, March 25, 2007.

I declare under the penalty of perjury under the laws of the State of California and of the United States that the foregoing is true and correct. Executed on March 13, 2008, in Berkeley, California.

_____
Deborah R. Rosenthal

**DECLARATION OF DEBORAH R. ROSENTHAL REGARDING CHANGE IN DURATION OF JURY RECESS**     PAGE 2
S:\Clients\Plaintiffs\R\Roberts, Russell 12241\Federal Court action\CRANE remand motion - supp decl DRR.doc

1  **CERTIFICATE OF SERVICE - FRCivP 4(d)**

2  I am employed in the County of Alameda, State of California, I am over the age of 18

3  years and not a party to the within action. My business address is 1608 Fourth Street, Suite 300,

4  Berkeley, CA 94710. On March 13, 2008, I served the foregoing:

5  

6  **DECLARATION OF DEBORAH R. ROSENTHAL REGARDING CHANGE IN DURATION OF JURY RECESS**

7  and a copy of this declaration to the interested parties herein as follows:

8  [ ]    By personal delivery of a true copy thereof to:

9  [ ]    By transmittal from a facsimile machine whose telephone number is (510) 559
10        9970:

11 [ ]    By placing a true copy thereof enclosed in a sealed envelope with postage thereon
          fully prepaid in the US mail at Berkeley, California, addressed as set forth by the
12        attached Service List. I am readily familiar with the firm's practice of collection
          and processing of correspondence for mailing. Under that practice, it would be
13        deposited with the US Postal Service on that same day with postage thereon fully
          prepaid in the ordinary course of business. I am aware that on motion of the party
14        served, service is presumed invalid if the postal cancellation date or postage meter
          date is more than one day after the date of deposit for mailing in this Declaration:

15 [X]    By submitting an electronic version to ECF for service upon:

16              **CRANE CO.**
                KIRKPATRICK & LOCKHART
17              PRESTON GATES ELLIS LLP
                55 Second Street, Suite 1700
18              San Francisco, CA 94105

19      I declare under penalty of perjury under the laws of the State of California that the

20 foregoing is true and correct. Executed in Berkeley, California.

21 DATE: March 13, 2008

22                                              _____
23                                              Anne Scott
                                                Legal Secretary to Deborah R. Rosenthal
24

25 Russell C. Roberts, JR. v. A.W. Chesterton Company, et al.
26 Northern District of California Case No. 08-cv-01338 JL

27

28