Dean A. Hanley, Esq.   (State Bar No. 169507)
Stephen J. Healy, Esq. (State Bar No. 133192)
Deborah R. Rosenthal, Esq.  (State Bar No. 184241)
PAUL & HANLEY LLP
1608 Fourth Street, Suite 300
Berkeley, California 94710
Telephone:  (510) 559-9980
Facsimile:   (510) 559-9970

Attorneys for Plaintiff(s)

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

UNITED STATE DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI) | MDL DOCKET NO. 875 |
| This Document Relates To: | |

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

(San Francisco Division)

| | |
|---|---|
| RUSSELL C. ROBERTS, JR., | Case No.: 08-cv-01338 JL |
| Plaintiff, | |
| vs. | **NOTICE OF ORDER STAYING TRANSFER** |
| CRANE CO., et al., | |
| Defendants. | |

**NOTICE OF ORDER STAYING TRANSFER**                                                                                             PAGE 1
S:\Clients\Plaintiffs\R\Roberts, Russell 12241\Federal Court action\Notice of Order Staying trnsfr.doc

PLEASE TAKE NOTICE THAT on March 12, 2008, Honorable James Larson, Chief Magistrate Judge of the U.S. District Court for the Northern District of California, entered an Order in *Russell C. Roberts, Jr. v. Crane Co., et. al.*, US. Dist. Ct. Case No. 08-cv-01338 JL, STAYING transfer of this action to the federal Asbestos Multi-District Litigation docket pending the Court's ruling on Plaintiff's Motion to Remand. A true and correct copy of this Order is attached as **Exhibit A.**

DATED: March 13, 2008                                PAUL & HANLEY LLP

By: _____
Deborah R. Rosenthal
Attorneys for Plaintiff(s)

**EXHIBIT "A"**

1  Dean A. Hanley, Esq.   (State Bar No. 169507)
   Stephen J. Healy, Esq.  (State Bar No. 133192)
2  Deborah R. Rosenthal, Esq. (State Bar No. 184241)
   PAUL AND HANLEY LLP
3  1608 Fourth Street, Suite 300
   Berkeley, California 94710
4  Telephone: (510) 559-9980
   Facsimile:  (510) 559-9970
5  Email:  shealy@paulandhanley.com
   Email:  drosenthal@paulandhanley.com
6
   Attorneys for Plaintiffs
7

8                  UNITED STATES DISTRICT COURT

9                 NORTHERN DISTRICT OF CALIFORNIA

10                      SAN FRANCISCO DIVISION

11 RUSSELL C. ROBERTS, JR.,        ) Case No.: 08-cv-01338 JL
                                   )
12        Plaintiff,                ) [PROPOSED] ORDER SHORTENING
                                   ) TIME FOR BRIEFING AND HEARING
13 vs.                              ) OF PLAINTIFF'S MOTION TO REMAND
                                   )
14 A.W. CHESTERTON COMPANY, et al, )
                                   )
15        Defendants.               ) Current Hearing Date:  April 16, 2008
                                   ) **Proposed Hearing Date: March 19, 2008**
16                                  ) Time:            9:30 a.m.
                                   ) Courtroom:       F, 15th Floor
17                                  ) Chief Magistrate Judge: Hon. James Larson
                                   )
18                                  ) **Filed simultaneously in:**
                                   )
19                                  ) Courtroom:       2, 17th floor
                                   ) **General Duty Judge:  Hon. Jeffrey S. White**
20         Pursuant to Local Rules 6-2 and 6-3 of this Court, plaintiff RUSSELL C. ROBERTS JR.

21 and removing defendant CRANE CO. stipulated to an expedited briefing and hearing schedule,

22 and plaintiff moved this Court for an order shortening time for briefing and hearing, if the Court

23 deems a hearing necessary, on Plaintiff's Motion to Remand.

24         Based on the papers filed herein, and for good cause shown, including the fact that trial

25 was underway in state court when CRANE CO. removed and the Superior Court Judge recessed

26 the trial until Monday, March 17, 2008, in order to protect the time-qualified jury therein,

27

28 
[PROPOSED] ORDER SHORTENING TIME FOR BRIEFING AND HEARING OF PLAINTIFF'S MOTION TO REMAND
PAGE 1
C:\Documents and Settings\AScott\Local Settings\Temporary Internet Files\OLK1C\CRANE remand motion - OST order 2.doc

Case 3:08-cv-01338-JL   Document 18   Filed 03/12/2008   Page 2 of 2

1   IT IS HEREBY ORDERED that plaintiff's request to have his Motion to Remand heard
2   on shortened time is GRANTED. The Court-mandated briefing schedule is as follows:
3      a.   Defendant's Opposition, if any, must be filed and served by hand or
4   electronically no later than 4:00 p.m. on Thursday, March 13, 2008.
5      b.   Plaintiff waives his Reply.
6      c.   The hearing on Plaintiffs' Motion for Remand, if any, will take place on
7   Wednesday, March 19, 2008, at __9:30__ a.m./p.m. in Courtroom F on the 15th
8   Floor of the U.S. District Court for the Northern District of California.
9   IT IS FURTHER ORDERED that transfer of this action to the federal Asbestos Multi-
10  District Litigation docket shall be STAYED pending the Court's ruling on Plaintiff's Motion to
11  Remand.

    IT IS SO ORDERED.

    Dated: March 12, 2008

    _____
    HONORABLE JAMES LARSON
    Chief Magistrate Judge, U.S. District Court

[PROPOSED] ORDER SHORTENING TIME FOR BRIEFING AND HEARING OF PLAINTIFF'S MOTION TO REMAND
PAGE 2

C:\Documents and Settings\AScott\Local Settings\Temporary Internet Files\OLK1C\CRANE remand motion - OST order 2.doc

## CERTIFICATE OF SERVICE - FRCivP 4(d)

I am employed in the County of Alameda, State of California, I am over the age of 18 years and not a party to the within action. My business address is 1608 Fourth Street, Suite 300, Berkeley, CA 94710. On March 13, 2008, I served the foregoing:

**NOTICE OF ORDER STAYING TRANSFER**

and a copy of this declaration to the interested parties herein as follows:

[ ]   By personal delivery of a true copy thereof to:

[ ]   By transmittal from a facsimile machine whose telephone number is (510) 559 9970:

[X]   By placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid in the US mail at Berkeley, California, addressed as set forth by the attached Service List. I am readily familiar with the firm's practice of collection and processing of correspondence for mailing. Under that practice, it would be deposited with the US Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in this Declaration:

Michael J. Beck
Clerk of the Panel
Judicial Panel on Multidistrict Litigation
Thurgood Marshall Federal Judiciary Building
One Columbus Circle, N.E., Room G-255, North Lobby
Washington, DC 20002-8004

[X]   By submitting an electronic version to ECF for service upon:

**CRANE CO.**
KIRKPATRICK & LOCKHART
PRESTON GATES ELLIS LLP
55 Second Street, Suite 1700
San Francisco, CA 94105

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed in Berkeley, California.

DATE: March 13, 2008

_/s/ Anne Scott_
Anne Scott
Legal Secretary to Deborah R. Rosenthal

Russell C. Roberts, JR. v. A.W. Chesterton Company, et al.
Northern District of California Case No. 08-cv-01338 JL