UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

RUSSELL C. ROBERTS, JR.,,

    Plaintiff(s),                      No.C08-1338 JL

    v.                                      **NOTICE**

A.W. CHESTERTON CO., et al.,

    Defendant(s).
_____/

    Hearing on plaintiff's motion to remand in the above entitled case, set for March 19, 2008 is hereby submitted without appearances and without oral arguments by counsel.

Dated: March 18, 2008

_____
Wings Hom Courtroom Deputy to
Chief United States Magistrate Judge
James Larson

Blank.frm                                 1