LAW OFFICES OF
# LUCINDA L. STORM, ESQ.

---

610 A Third Street • San Francisco, California 94107
Telephone: (415) 777-6990 • Facsimile: (415) 777-6992
*Email: khollenbeck@storm-law.com*

March 18, 2008

***VIA E-FILE***

Mr. Wings Hom
Clerk
Chief Magistrate James Larson
Courtroom F, 15th Floor
450 Golden Gate Ave.
San Francisco, CA 94102

   Re: <u>Russell C. Roberts, et al. v. A.W. Chesterton Company, et al.</u>
    U.S.D.C. Case No. C 08-01338 JL
    Our Client: Durabla Manufacturing Company

Dear Mr. Hom:

  Pursuant to your request, this will confirm that this matter has been resolved as to our client, Durabla Manufacturing Company.

Very truly yours,

LAW OFFICES OF LUCINDA L. STORM, ESQ.

Kenneth D. Hollenbeck, Esq.

KDH: st
Cc: Paul, Hanley & Harley, LLP – counsel for plaintiff (by facsimile);
K&L Gates – counsel for Crane Co. (by facsimile)