**KIRKPATRICK & LOCKHART**
**NICHOLSON GRAHAM LLP**
55 Second Street, Suite 1700
San Francisco, California 94105-3493
Telephone: 415.882.8200
Facsimile: 415.882.8220
Raymond L. Gill (SBN 153529)
Geoffrey Davis (SBN 214692)
Email: Ray.Gill@klgates.com
Email: Geoff.Davis@klgates.com

Attorneys for Defendant Crane Co.

## UNITED STATES DISTRICT COURT

### FOR THE NORTHERN DISTRICT OF CALIFORNIA
### (San Francisco Division)

| | |
|---|---|
| RUSSELL C. ROBERTS, JR., | Case No. 3:08-cv-01338 JL |
| Plaintiff, | (Superior Court, County of San Francisco, Case No. CGC-07-274248) |
| vs. | **DECLARATION OF GEOFFREY M. DAVIS, ESQ. IN SUPPORT OF CRANE CO.'S REQUEST FOR ORAL ARGUMENT ON MOTION FOR REMAND** |
| A.W. CHESTERTON COMPANY, et al., | |
| Defendants. | |

Hearing Date:    March 19, 2008
Time:    9:30 a.m.
Courtroom:    F, 5th Floor
Judge:    Chief Magistrate Judge James Larson

I, Geoffrey M. Davis, declare:

1.    I am an attorney admitted to practice before this Court. I am an associate with the law firm of Kirkpatrick & Lockhart Preston Gates Ellis LLP, counsel of record for Defendant Crane Co. I make this declaration in support of Crane Co.'s Request for Oral Argument on Plaintiff's Motion to Remand. I am one of the attorneys for Crane Co. in this case, and I make the statements in this Declaration on personal knowledge, and am competent so to testify.

2.    On March 14, 2008, I received an e-mail message from Lucinda Storm, Esq., counsel for the Durabla Manufacturing Company, informing me that Durabla has resolved this case with the

1  plaintiff.  On March 18, 2008, I received notice of an e-filed letter from Ms. Storm's law firm

2  informing the Court that this case has been resolved as to Durabla.  A true and correct copy of the

3  March 18, 2008 letter is attached as Exhibit A hereto.

4      3.    During the trial of this matter in the Superior Court for San Francisco County,

5  California, plaintiff called pulmonologist Barry Horn, M.D.  Dr. Horn was the only witness who

6  testified as to the plaintiff's current life expectancy, and no other medical experts were to testify for

7  plaintiff after Dr. Horn.  In that regard, Dr. Horn testified that the plaintiff was diagnosed with

8  mesothelioma in March of 2007, that a patient such as the plaintiff and undergoing similar treatment

9  would have about a 2 year life expectancy from diagnosis, and that the most he could say is that it is

10  doubtful that the plaintiff would survive a full year.  Dr. Horn did not testify that plaintiff is likely to

11  die any sooner than that.  A true and correct copy of excerpts of the Trial Transcript for March 6,

12  2008, as referenced in Crane Co.'s Request for Oral Argument on Motion to Remand, is attached as

13  Exhibit B hereto.

14      Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and

15  correct.

16      Dated: March _18_, 2008

17      Geoffrey M. Davis

18

19

20

21

22

23

24

25

26

27

28

DECLARATION OF GEOFFREY M. DAVIS IN SUPPORT OF
CRANE CO.'S REQUEST FOR ORAL ARGUMENT ON MOTION FOR REMAND

# EXHIBIT A

Page 1505

SUPERIOR COURT OF CALIFORNIA

COUNTY OF SAN FRANCISCO

BEFORE THE HONORABLE JULIE TANG, JUDGE PRESIDING

DEPARTMENT NUMBER 303

---oOo---

| | | |
|---|---|---|
| RUSSELL ROBERTS, JR. | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 274248 |
| | ) | Jury Trial |
| vs. | ) | |
| | ) | |
| A.W. CHESTERTON, ET AL. | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

Reporter's Transcript of Proceedings

Volume 12

Thursday, March 6, 2008

APPEARANCES OF COUNSEL:

For Plaintiff:

 Paul, Hanley & Harley

 811 West Seventh Street, Suite 206

 Los Angeles, California   90017

 By:  ANTHONY E. VIEIRA, ESQ.

  STEPHEN HEALY, ESQ.

For Defendant Metalclad:

 McKenna, Long & Aldridge

 101 California Street, 41st Floor

 San Francisco, California   94111

 By:  FRANK K. BERFIELD, ESQ.

Page 1552

1    he could have made, let's say, as of the summer of 2005, that

2    would have made any difference in what you believe his life

3    expectancy likely is?

4    A.   No, there is no evidence in the literature anywhere that

5    diagnosing the disease earlier would have any long-term impact

6    on the disease.

7    Q.   All right.  Is it something that makes sense for Mr. Roberts

8    to say, you know, what I am going to aggressively pursue,

9    something that might help me?

10   A.   Definitely for this tumor, the data available in the

11   literature indicates, for conservative treatment of his disease,

12   the average life expectancy is somewhere in the area of 12 to 14

13   months.

14       For someone who has aggressive surgery like he had, the

15   average survival is roughly two years.

16       Some people do much better and some people are not doing

17   well at all.  So by going an aggressive route, we are talking

18   about another year.

19   Q.   How long do you think Mr. Roberts will live?

20   A.   I don't know.  I would say, in view of the amount of

21   disease, my best shot at this now is it is doubtful he will be

22   alive a year from now.

23   Q.   Okay.  If Mr. Roberts hadn't developed mesothelioma, I

24   believe you said -- strike that.

25       If Mr. Roberts, prior to the presentation of the

26   mesothelioma, didn't have any other health problems --

27   A.   He had no health problems.  He had no life-threatening

28   illness.  If you want to expect how long he would live, if you

# EXHIBIT B

LAW OFFICES OF
# LUCINDA L. STORM, ESQ.

610 A Third Street • San Francisco, California 94107
Telephone: (415) 777-6990 • Facsimile: (415) 777-6992
*Email: khollenbeck@storm-law.com*

March 18, 2008

***VIA E-FILE***

Mr. Wings Hom
Clerk
Chief Magistrate James Larson
Courtroom F, 15th Floor
450 Golden Gate Ave.
San Francisco, CA 94102

> Re: <u>Russell C. Roberts, et al. v. A.W. Chesterton Company, et al.</u>
> U.S.D.C. Case No. C 08-01338 JL
> Our Client: Durabla Manufacturing Company

Dear Mr. Hom:

Pursuant to your request, this will confirm that this matter has been resolved as to our client, Durabla Manufacturing Company.

Very truly yours,

LAW OFFICES OF LUCINDA L. STORM, ESQ.

Kenneth D. Hollenbeck, Esq.

KDH: st
Cc: Paul, Hanley & Harley, LLP – counsel for plaintiff (by facsimile);
K&L Gates – counsel for Crane Co. (by facsimile)