**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

_____

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
415.522.2000

April 9, 2008

Superior Court of California
City and County of San Francisco
400 McAllister Street, Suite 103
San Francisco, CA 94102

RE:  CV 08-01338 JL    RUSSELL C. ROBERTS JR-v-A.W. CHESTERTON CO.
    Your Case Number: (274248)

Dear Clerk,

    Pursuant to an order remanding the above captioned case to your court, transmitted herewith are:

        (X)    Certified copies of docket entries

        (X)    Certified copies of Remand Order

        ()    Other

    Please acknowledge receipt of the above documents on the attached copy of this letter.

    Sincerely,

    RICHARD W. WIEKING, Clerk


    by:  Gloria Acevedo
    Case Systems Administrator
    To Chief Magistrate Judge James Larson

Enclosures
Copies to counsel of record

NDC TR-5  Rev.  7/92
o:\mrg\civil\remand.mrg