ENDORSED
FILED
San Francisco County Superior Court

APR 1 5 2008

GORDON PARK-LI, Clerk
BY: _____JEANETTE SANTOS_____
Deputy Clerk

**UNITED STATES DISTRICT COURT**
Northern District of California
450 Golden Gate Avenue
San Francisco, California 94102

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
415.522.2000

April 9, 2008

**FILED**
APR 2 2 2008
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Superior Court of California
City and County of San Francisco
400 McAllister Street, Suite 103
San Francisco, CA 94102

RE: <u>CV 08-01338 JL    RUSSELL C. ROBERTS JR-v-A.W. CHESTERTON CO.</u>
    Your Case Number: <u>(274248)</u>

Dear Clerk,

Pursuant to an order remanding the above captioned case to your court, transmitted herewith are:

        (X)    Certified copies of docket entries

        (X)    Certified copies of Remand Order

        ( )    Other

Please acknowledge receipt of the above documents on the attached copy of this letter.

Sincerely,
RICHARD W. WIEKING, Clerk

by: Gloria Acevedo
Case Systems Administrator
To Chief Magistrate Judge James Larson

Enclosures
Copies to counsel of record

NDC TR-5  Rev. 7/92
o:\mrg\civil\remand.mrg